IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANK X. HAVERKAMP, Individually and as wife and husband; and MARY E. HAVERKAMP, Individually and as wife and husband;<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　　Defendant. | **8:21CV433**<br><br>**ORDER OF DISMISSAL** |

　　This matter comes before the Court on the parties' Stipulation and Joint Motion for Dismissal (Filing No. 12). The Court, being advised in the premises, finds that such an Order is proper.

　　IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with costs being taxed to parties incurring the same.

　　Dated this 27th day of July, 2022.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　Senior United States District Judge